

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-19-00191-CV

Alexander Webster **PIERCE** III,
Appellant

v.

Julia Tomlin **PIERCE**,
Appellee

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-10620
Honorable Solomon Casseb III, Judge Presiding

PER CURIAM

Sitting:      Patricia O. Alvarez, Justice
               Luz Elena D. Chapa, Justice
               Irene Rios, Justice

Delivered and Filed: June 5, 2019

DISMISSED

Appellant Alexander Webster Pierce III filed a motion to dismiss this appeal. Appellant's motion to dismiss this appeal is granted; this appeal is dismissed. *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f); *Caballero v. Heart of Tex. Pizza, L.L.C.*, 70 S.W.3d 180, 181 (Tex. App.—San Antonio 2001, no pet.) (en banc) (per curiam).

PER CURIAM